IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 08-cr-00306-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JANINE SLIGAR,

    Defendant.

## MINUTE ORDER[1]

    The matter comes before the court on the **Motion For Reconsideration** [#27] filed September 29, 2010. The motion is **STRICKEN**. When a defendant is represented by counsel, this court will not accept pro se filings from that defendant. Such a pro se filing is improper. **See United States v. Nichols**, 374 F.3d 959, 964 n.2 (10th Cir. 2004) (citing **United States v. Guadalupe**, 979 F.2d 790, 795 (10th Cir. 1992)), reviewed on other grounds, 125 S.Ct. 1082 (2005).

    Dated: September 29, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.