**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 08-cr-00306-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JANINE SLIGAR,

    Defendant.

## MINUTE ORDER[1]

    By **February 1, 2011**, the government and the probation department shall file a response to defendant's **Motion To Reconsider Length of Probation** [#32] filed January 11, 2011.

    Dated:  January 12, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.